IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RYAN WILLIAM PERICH,<br><br>    Defendant. | 4:14MJ3006<br><br>**MEMORANDUM AND ORDER** |

  The defendant, Ryan William Perich, appeared before me this date. As part of his criminal processing, his driver's license and all identification was confiscated and has not been located by the court.

  The defendant has been released to return to his home in California pursuant to my order, a copy of which is attached.

  February 3, 2014.

                BY THE COURT:

                s/ _Cheryl R. Zwart_
                United States Magistrate Judge