IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:14MJ3006 |
| vs. | |
| RYAN WILLIAM PERICH, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) The motion of attorney Matthew Molsen to withdraw as counsel of record for the government, (filing no. 19), is granted.

2) The clerk shall delete Matthew Molsen from any future ECF notifications herein.

February 4, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge